No. 771. TALIAFERRO v. PRETTNER ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 773. JOLLY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *L. E. Gwinn* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 837. HAWAIIAN PINEAPPLE CO., LTD., v. ADEN ET AL.; and

No. 838. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION ET AL. v. HAWAIIAN PINEAPPLE CO., LTD. C. A. 9th Cir. Certiorari denied. *Donald C. Walker* for the Hawaiian Pineapple Co., Ltd. *Norman Leonard* for petitioners in No. 838.

No. 872. UNITED STATES EX REL. DURANTE v. HOLTON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Salvatore E. Oddo* and *Joseph Mioduski* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for respondent.

No. 874. OPTICAL WORKERS' UNION LOCAL 24859 ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *J. Albert Woll, Thomas E. Harris* and *L. N. D. Wells* for petitioners. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling* and *Dominick L. Manoli* for respondent.